Escheat of $92,800.

Commonwealth Appeal.

Argued November 16, 1951. Before DREW, C. J., STERN, STEARNE, BELL, LADNER and CHIDSEY, JJ.

reargument refused February 14, 1952.

372

374

378

380

382

*B. Graeme Frazier, Jr.,* with him *Frazier & Frazier,* for appellant.

*Raymond J. Broderick,* for appellee.

OPINION PER CURIAM, January 7, 1952:
The Court being equally divided in opinion, the case is affirmed on the opinion of Judge ALESSANDRONI, of the lower court.